UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

YASSHA JASON,

                          Plaintiff,

-against-                           21-CV-9520 (LTS)

VERNON L. BESLOW, III; JUDGE JOSEPH ELLIS; JUDGE RICARDO RIGUAL; JUDGE GEORGIA K. SUTTON; VALERIE JEAN MAYO,                           ORDER

                        Defendants.

---

LAURA TAYLOR SWAIN, Chief United States District Judge:

      Plaintiff brings this action *pro se*. By order dated December 6, 2021, the Court directed Plaintiff to either pay the $402.00 in fees required to bring a civil action in this court or to complete and submit an application to proceed *in forma pauperis* (IFP), that is, without prepayment of fees. (ECF 2.) On December 8, 2021, Plaintiff tendered the filing fees using an online bill payment. On the same day, Plaintiff's tendered payment was rejected because it was not made using an acceptable payment method.

      The Court therefore directs Plaintiff, without 30 days, to pay the $402.00 in fees using an acceptable payment method. The Clerk's Office will accept payment of the fees by cash, certified check, money order, or credit card if Plaintiff appears in person at one of the courthouses. If Plaintiff wishes to pay by mail, payment must be made by money order or certified check, and must include this case number (21-CV-9520) and be made payable to Clerk, USDC, SDNY.

## CONCLUSION

      The Court directs Plaintiff to submit the $402.00 in fees required to bring a civil action in this court by an acceptable method of payment. Plaintiff must tender payment within 30 days of the date of this order.

2

The Clerk of Court is directed to return the check for $402.00 that Plaintiff previously submitted.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

The Clerk of Court is directed to mail a copy of this order to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   December 9, 2021
         New York, New York

                                           /s/ Laura Taylor Swain
                                           LAURA TAYLOR SWAIN
                                           Chief United States District Judge